## PETER KALKES v. HAMILTON STORMS.

*Ejectment—Parties—Husband and wife.*

The wife is a necessary party to an action of ejectment to recover possession of premises occupied by her and her husband as a homestead.

Error to Newaygo. (Palmer, J.) Argued October 26, 1892. Decided November 18, 1892.

Ejectment. Plaintiff brings error. Affirmed. The facts are sufficiently stated in the opinion.

*A. G. Day,* for appellant.

*George Luton,* for defendant.

McGRATH, C. J.   This is ejectment, brought to recover possession of premises occupied by defendant and his wife for some years as a homestead.   The wife was not joined as a defendant.   For this and other reasons, which it is not necessary to discuss, the trial judge directed a verdict for defendant.

The case is ruled by *Hodson v. Van Fossen,* 26 Mich. 68; *Henry v. Gregory,* 29 Id. 68; *Rowe v. Kellogg,* 54 Id. 206; *Cleaver v. Bigelow,* 61 Id. 47; *Haddy v. Tobias,* 85 Id. 326,—and the judgment is affirmed.

The other Justices concurred.